**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CANADA GOOSE INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 15-cv-11075 |
| | ) | |
| v. | ) | **Judge Amy J. St. Eve** |
| | ) | |
| KOBE SONG, et al., | ) | **Magistrate Judge Jeffrey Cole** |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF CLAIMS INVOLVING TRADEMARKS

Pursuant to Local Rule 3.4, Plaintiff Canada Goose Inc. ("Canada Goose"), by and through its counsel, hereby provides notice of claims involving trademarks. The information required by the rule and 15 U.S.C. §1116(c) is as follows:

1. Names and Addresses of Litigants:

    Canada Goose Inc.
    250 Bowie Avenue
    Toronto, Ontario
    M6E 4Y2
    CANADA

    KOBE SONG, et al.
    Addresses Unknown

2. U.S. Registration Numbers Upon Which Suit Has Been Brought:

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| 3,254,771 | (Canada Goose Arctic Program logo) | June 26, 2007 | For: Clothing, namely parkas, coats, jackets, pullovers, vests, sweaters, shirts, anoraks, and headwear, substantially made of goose down, where applicable in class 025. |
| 4,455,111 | CANADA GOOSE | December 24, 2013 | For: Outerwear, namely, coats, parkas, jackets, vests, pullovers, shirts, headwear, scarves, gloves and mittens, substantially made of goose down, where applicable in class 025. |

Dated this 10th day of December 2015.     Respectfully submitted,

/s/ Justin R. Gaudio
Kevin W. Guynn
Amy C. Ziegler
Justin R. Gaudio
Jessica L. Bloodgood
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
kguynn@gbclaw.net
aziegler@gbclaw.net
jgaudio@gbclaw.net
jbloodgood@gbclaw.net

*Attorneys for Plaintiff Canada Goose Inc.*