IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CANADA GOOSE INC., | ) | |
| | ) | Case No. 15-cv-11075 |
| Plaintiff, | ) | |
| | ) | **Judge Amy J. St. Eve** |
| v. | ) | |
| | ) | **Magistrate Judge Jeffrey Cole** |
| KOBE SONG, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**PLAINTIFF'S MOTION FOR
ENTRY OF A PRELIMINARY INJUNCTION**

Plaintiff Canada Goose Inc. ("Canada Goose") hereby moves this Honorable Court for entry of a Preliminary Injunction. The scope of the Preliminary Injunction is substantially identical to the Temporary Restraining Order entered December 14, 2015 [29]. In support of its Motion, Canada Goose files herewith a Memorandum of Law and a further Declaration of Justin R. Gaudio.

Dated this 17th day of December 2015.       Respectfully submitted,

/s/ Justin R. Gaudio
Kevin W. Guynn
Amy C. Ziegler
Justin R. Gaudio
Jessica L. Bloodgood
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
kguynn@gbclaw.net
aziegler@gbclaw.net
jgaudio@gbclaw.net
jbloodgood@gbclaw.net

*Attorneys for Plaintiff Canada Goose Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of December 2015, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website to which the Defendant Domain Names that have been transferred to Canada Goose's control now redirect, and I will send an e-mail to the e-mail addresses identified in Exhibits 5 and 6 to the Declaration of David Forrest and any e-mail addresses provided for Defendants by third parties that includes a link to said website.

/s/ Justin R. Gaudio_____
Kevin W. Guynn
Amy C. Ziegler
Justin R. Gaudio
Jessica L. Bloodgood
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
kguynn@gbclaw.net
aziegler@gbclaw.net
jgaudio@gbclaw.net
jbloodgood@gbclaw.net

*Attorneys for Plaintiff Canada Goose Inc.*